# Criminal Case Cover Sheet
U.S. District Court - District of Massachusetts

| | |
|---|---|
| Place of Offense: | Category No. **II**   Investigating Agency **HSI** |
| City: **Lowell** | |
| County: **Middlesex** | |

**Related Case Information:**
Superseding Ind./ Inf. _____  Case No. _____
Same Defendant _____  New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number: 24-4324, 4572, 4425, 4632, and 25-4040 DHH
R 20/R 40 from District of _____

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____   ☐ Yes  ☒ No

## Defendant Information:
Defendant Name: **Anthony Saint Jean**   Juvenile: ☐ Yes ☒ No
Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☒ No
Alias Name: **Tony Saint Jean**
Address: **259 Moody Street, Apt. B, Lowell MA**
Birth date (Yr only): **1991**   SSN (last 4#): **0007**   Sex: **Male**   Race: _____   Nationality: **USA**

**Defense Counsel if known:** _____   Address: _____
Bar Number: _____

## U.S. Attorney Information
AUSA: **Luke A. Goldworm**   Bar Number if applicable: **677657**

Interpreter: ☐ Yes ☒ No   List language and/or dialect: _____

Victims: ☒ Yes ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☒ Yes ☐ No

Matter to be SEALED: ☒ Yes ☐ No

☒ Warrant Requested   ☐ Regular Process   ☐ In Custody

Location Status: **259 Moody Street, Apt. B, Lowell MA**

Arrest Date: _____

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____ on _____

Charging Document:  ☐ Complaint   ☐ Information   ☒ Indictment
Total # of Counts:  ☐ Petty ___   ☐ Misdemeanor ___   ☒ Felony **2**

Continue on Page 2 for Entry of U.S.C. Citations

☒ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: **6/24/2025**   Signature of AUSA: _/s/_

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    Anthony Saint Jean

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. 2252A(a)(2)(A) & (b)(1) | Distribution of Child Pornography | 1 |
| Set 2 | 18 U.S.C. 2252A(a)(5)(B) & (b)(2) | Possession of Child Pornography | 2 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**