AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF Massachusetts

| USA | **EXHIBIT AND WITNESS LIST** |
|---|---|
| V. | |
| Anthony Saint Jean | Case Number: 25-cr-10270 |

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Hennessy | Goldworm | Cruz |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 6/26/2025 | Digital | King |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | witness: |
| 1 | | 6/26/2025 | x | | Billing screen |
| 2 | | 6/26/2025 | x | | Copies of chats and computer information |
| 3 | | 6/26/2025 | x | | Copies of chats and computer information |
| 4 | | 6/26/2025 | x | | Copies of chats and computer information |
| 5 | | 6/26/2025 | x | | Copies of chats and computer information |
| 6 | | 6/26/2025 | x | | Copies of chats and computer information |
| 7 | | 6/26/2025 | x | | Copies of chats and computer information |
| 8 | | 6/26/2025 | x | | Copies of chats and computer information |
| 9 | | 6/26/2025 | x | | Copies of chats and computer information |
| 10 | | 6/26/2025 | x | | HSI Report 1/6/25 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of   1   Pages